BEFORE THE THIRD DIVISION, OCTOBER 22, 1953

**No. 57556.**—Hugh C. Edmiston *v.* United States, protests 135763–K, etc.   (New York).

Opinion by Ekwall, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.